No. 87–1450.   DURAND-WAYLAND, INC. v. PENNWALT CORP. C. A. Fed. Cir.   Certiorari denied.

No. 87–1453.   ROBERTS v. APPELLATE DEPARTMENT, SUPERIOR COURT OF CALIFORNIA, LOS ANGELES COUNTY (GUBLER ET AL., REAL PARTIES IN INTEREST).   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 87–1461.   CHECKER MOTORS CORP. v. NATIONAL PRODUCTION WORKERS UNION ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 87–1473.   HANSON v. TRINIDAD CORP.   C. A. 3d Cir. Certiorari denied.

No. 87–1474.   BROOKS v. ALABAMA.   Ct. Crim. App. Ala. Certiorari denied.

No. 87–1476.   SNEAD ET AL. v. CITY OF ALBUQUERQUE. C. A. 10th Cir.   Certiorari denied.

No. 87–1477.   COCHRAN v. TAYLOR.   C. A. 8th Cir.   Certiorari denied.

No. 87–1488.   SCHWARTZ v. CUOMO, GOVERNOR OF NEW YORK, ET AL.   App. Div., Sup. Ct. N. Y., 2d Jud. Dept.   Certiorari denied.

No. 87–1491.   HOWARD v. CARLUCCI, SECRETARY OF DEFENSE, ET AL.   C. A. D. C. Cir.   Certiorari denied.

No. 87–1492.   SPIEGEL v. CONTINENTAL ILLINOIS NATIONAL BANK & TRUST COMPANY OF CHICAGO ET AL.   App. Ct. Ill., 1st Dist.   Certiorari denied.

No. 87–1496.   RACHELLE LABORATORIES, INC. v. OSBURN, INDIVIDUALLY AND AS INDEPENDENT EXECUTRIX OF THE ESTATE OF OSBURN.   C. A. 5th Cir.   Certiorari denied.

No. 87–1511.   NEECE v. UNITED STATES.   C. A. 10th Cir. Certiorari denied.